# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT SCHUTZA,<br><br>                                    Plaintiff,<br><br>     vs.<br><br>URBAN SUN TAN, LLC, a California<br>Limited Liability Company dba iTAN<br>SANTEE; and DOES 1-10,<br><br>                                    Defendants. | CASE NO. 3:20-cv-1706 BEN RBB<br><br>**ORDER JOINT MOTION TO EXTEND DEFENDANT URBAN SUN TAN, LLC'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>[ECF No. 4] |

The Parties jointly move for the first time to extend the time for Defendant Urban Sun Tan, LLC, to respond to the Complaint filed on September 1, 2020. The Court has reviewed the motion and finds good cause to grant the motion exists. The joint motion is hereby GRANTED. Defendants shall respond to the Complaint on or before October 23, 2020.

**IT IS SO ORDERED.**

DATED: September 23, 2020

_____
HON. ROGER T. BENITEZ
United States District Judge