# MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

SCHUTZA v. URBAN SUN TAN, LLC             Case No.: 20cv1706-BEN(RBB)
                                          Time Spent:

HON. RUBEN B. BROOKS     CT. DEPUTY VICKY LEE     Rptr.

### Attorneys

Plaintiffs                                        Defendants

PROCEEDINGS:    ☐ In Chambers     ☐ In Court     ☐ Telephonic

The parties have filed a joint notice of settlement [ECF No. 6].

A telephonic attorneys-only settlement disposition conference will be held on **December 17, 2020**, at **8:30 a.m.** with Magistrate Judge Brooks **UNLESS A NOTICE OF DISMISSAL IS FILED PRIOR TO THAT TIME.** If the parties wish to consent to continuing magistrate judge jurisdiction, a consent form signed by parties and counsel shall accompany the notice of dismissal. Consent forms are available in the Clerk's Office or online. Monetary sanctions shall be imposed for failure to comply with this order.

Counsel are to participate in the settlement disposition conference by dialing in to the Court's teleconference line (dial in number 877-336-1829, access code 1944316).

DATE: October 28, 2020          IT IS SO ORDERED:   *Ruben Brooks*

                                                   Ruben B. Brooks,
                                                   U.S. Magistrate Judge

cc: Judge Benitez
    All Parties of Record